COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-249-
CV

IN RE J. MICHAEL FINCHER, P.C., RELATORS

J. MICHAEL FINCHER, INDIVIDUALLY, 

BENJAMIN JOHNSON, JR., JOHN M. 

MARTINECK, MICHAEL HAVARD, AND

PROVOST UMPHREY LAW FIRM, L.L.P. 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relators' petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL A
:  MCCOY, LIVINGSTON, and DAUPHINOT

DELIVERED: September 17, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.